AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Great Lakes Transportation Holding, LLC,

*Plaintiff,*

v.

Cab One, LLC, et al.,

*Defendant.*

Case No. 2:26−cv−14122−LJM−CI
Hon. Laurie J. Michelson

## SUMMONS IN A CIVIL ACTION

To: Cab One, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

Paul T. Stewart
2723 S. State Street
Suite 400
Ann Arbor, MI
48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ C Cantin
*Signature of Clerk or Deputy Clerk*

Date of Issuance: October 28, 2026

[redacted]



## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(1))*

Case No. 2:26−cv−14122−LJM−CI

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________________

[ ] I personally served the summons on the individual at *(place)* ____________________ ____________________ on *(date)* ____________________ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ ____________________ a person of suitable age and discretion who resides there, on *(date)* ____________________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ ____________________ on (date) ____________________ ; or

[ ] I returned the summons unexecuted because ____________________ ; or

[ ] Other: *(specify)*: ____________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: ____________________

____________________
*Server's Signature*

____________________
*Printed Name and Title*

____________________
*Server's address*

Additional information regarding attempted service, etc.: